IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHON B. JONES<br>and AUSTIN A. CHACON,<br><br>Defendants. | CRIMINAL NO. 02- 1367<br><br>COUNT I: 21 U.S.C. § 846: Conspiracy to distribute 5 grams and more of Methamphetamine, its Salts, Isomers, or Salts of its Isomers;<br><br>COUNT II: 21 U.S.C. § 841 (a)(1); 21 U.S.C. § 841(b)(1)(B): Distribution of 5 grams and more of Methamphetamine, its Salts, Isomers, or Salts of its Isomers; and 18 U.S.C. § 2: Aiding and Abetting;<br><br>COUNT III: 21 U.S.C. § 841 (a)(1); 21 U.S.C. § 841(b)(1)(C): Distribution of less than 50 grams of a mixture and substance containing Methamphetamine, its Salts, Isomers, or Salts of its Isomers; and 18 U.S.C. § 2: Aiding and Abetting. |

## INDICTMENT

The Grand Jury charges:

### COUNT I

From on or about the 3rd day of January, 2002 to on or about the 16th day of January, 2002, in Lea County, in the State and District of New Mexico and elsewhere, the defendants, **JONATHON B. JONES and AUSTIN A. CHACON**, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with each other and with other persons whose names are known and unknown to the grand jury to commit the following offense against the United

States, to wit: To distribute 5 grams and more of Methamphetamine, its Salts, Isomers, or Salts of its Isomers, a Schedule II controlled substance, contrary to 21 U.S.C. § 841 (a)(1) and 21 U.S.C. § 841 (b)(1)(B).

In violation of 21 U.S.C. § 846.

## COUNT II

On or about the 3rd day of January, 2002, in Lea County, in the State and District of New Mexico, the defendant, **JONATHON B. JONES,** did unlawfully, knowingly and intentionally distribute 5 grams and more of Methamphetamine, its Salts, Isomers, or Salts of its Isomers, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B) and 18 U.S.C. § 2.

## COUNT III

On or about the 16th day of January, 2002, in Lea County, in the State and District of New Mexico, the defendants, **JONATHON B. JONES and AUSTIN A. CHACON,** did unlawfully, knowingly and intentionally distribute less than 50 grams of a mixture or substance containing a detectable amount of Methamphetamine, its Salts, Isomers, or Salts of its Isomers, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
DAVID C. IGLESIAS
United States Attorney
08/06/02 11:38am

2