AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF  NEW MEXICO  02 AUG 30  PM 3:49

UNITED STATES OF AMERICA

V.

## WARRANT FOR ARREST

NAME: JONATHON B. JONES
Love Street
Lovington, New Mexico 88260
DOB: 10-13-77; SSN: 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

CASE NUMBER: 02-1367

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JONATHON B. JONES
Name

and bring him forthwith to the nearest magistrate to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

Charging him with (brief description of offense): COUNT I: 21 U.S.C. § 846: Conspiracy to Distribute 5 grams and more of a mixture or substance containing a detectable amount of Methamphetamine, COUNT II: 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B): Distribution of 5 grams and more of Methamphetamine, COUNT III: 21 U.S.C. § 841 (a)(1); 21 U.S.C. § 841(b)(1)(C): Distribution of less than 50 grams of a mixture and substance containing Methamphetamine.

in violation of Title 21 United States Code, Section(s) 846; 841(a)(1) and 21 U.S.C. § 841(b)(1)(B), 841(a)(1) and 21 U.S.C. § 841(b)(1)(C)

ROBERT M. MARCH                              CLERK
Name of Issuing Officer                       Title of Issuing Officer

E. Dwg Rodgers                                August 6, 2002, Las Cruces, New Mexico
Signature of Issuing Officer                  Date and Location

Bail fixed at $ _____                  by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at LAS CRUCES, NM  P/u from NM Dept Corrections, Grants, NM (WNCPP) |

| DATE RECEIVED 08/07/02 | NAME AND TITLE OF ARRESTING OFFICER  JOHN JEFLEY, DUSM | SIGNATURE OF ARRESTING OFFICER  JN |
|---|---|---|
| DATE OF ARREST 08/26/02 | | |



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )
)
JONATHON B. JONES ) CRIMINAL NO. 02- 1367
and AUSTIN A. CHACON, )
) COUNT I: 21 U.S.C. § 846: Conspiracy to
Defendants. ) distribute 5 grams and more of
) Methamphetamine, its Salts, Isomers, or Salts of
) its Isomers;
)
) COUNT II: 21 U.S.C. § 841 (a)(1); 21 U.S.C.
) § 841(b)(1)(B): Distribution of 5 grams and more
) of Methamphetamine, its Salts, Isomers, or Salts
) of its Isomers; and 18 U.S.C. § 2: Aiding and
) Abetting;
)
) COUNT III: 21 U.S.C. § 841 (a)(1); 21 U.S.C.
) § 841(b)(1)(C): Distribution of less than 50
) grams of a mixture and substance containing
) Methamphetamine, its Salts, Isomers, or Salts of
) its Isomers; and 18 U.S.C. § 2: Aiding and
) Abetting.

INDICTMENT

The Grand Jury charges:

## COUNT I

From on or about the 3rd day of January, 2002 to on or about the 16th day of January, 2002, in Lea County, in the State and District of New Mexico and elsewhere, the defendants, **JONATHON B. JONES and AUSTIN A. CHACON**, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with each other and with other persons whose names are known and unknown to the grand jury to commit the following offense against the United

CERTIFIED a True Copy of the original filed in my office.
Robert M. March, Clerk
by _____ Deputy

States, to wit: To distribute 5 grams and more of Methamphetamine, its Salts, Isomers, or Salts of its Isomers, a Schedule II controlled substance, contrary to 21 U.S.C. § 841 (a)(1) and 21 U.S.C. § 841 (b)(1)(B).

In violation of 21 U.S.C. § 846.

## COUNT II

On or about the 3rd day of January, 2002, in Lea County, in the State and District of New Mexico, the defendant, **JONATHON B. JONES,** did unlawfully, knowingly and intentionally distribute 5 grams and more of Methamphetamine, its Salts, Isomers, or Salts of its Isomers, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B) and 18 U.S.C. § 2.

## COUNT III

On or about the 16th day of January, 2002, in Lea County, in the State and District of New Mexico, the defendants, **JONATHON B. JONES and AUSTIN A. CHACON,** did unlawfully, knowingly and intentionally distribute less than 50 grams of a mixture or substance containing a detectable amount of Methamphetamine, its Salts, Isomers, or Salts of its Isomers, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 2.

A TRUE BILL:

_/s/ Sara White_
FOREPERSON OF THE GRAND JURY

_/s/ David C. Iglesias_
DAVID C. IGLESIAS
United States Attorney
08/06/02 11:38am

2